■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WEN QUIN LU, Appellant. [657 NYS2d 913] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ferdinand, J.), rendered August 10, 1995, convicting him of grand larceny in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

The defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245) or without merit. Bracken, J. P., Miller, Sullivan and McGinity, JJ., concur.